NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                    Criminal Number  08-178-M-01

**ALCIDES GUERRA-BAUTISTA**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Elita C. Amato, 442797
(Attorney & Bar ID Number)

Attorney at Law
(Firm Name)

2009 N. Fourteenth Street, Suite 708
(Street Address)

Arlington, VA   22201
(City)        (State)    (Zip)

703-522-5900
(Telephone Number)